IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1479-GPG

**SINKSAR YOSEPH**, also known as
**SENKSAR KELEBE**,

    Plaintiff,

v.

**KAVOD SENIOR LIVING/ALLIED JEWISH APARTMENTS**,

    Defendant.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED October 19, 2015, at Denver, Colorado.

                                                 BY THE COURT:

                                                 S/ Gordon P. Gallagher

                                                 _____
                                                 Gordon P. Gallagher
                                                 United States Magistrate Judge